IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LINDA KAY BARBOUR, INDIVIDUALLY,
AND AS EXECUTRIX OF THE ESTATE
OF JOHN McBEE BARBOUR, AND ON
BEHALF OF ALL WRONGFUL DEATH
BENEFICIARIES OF JOHN McBEE BARBOUR                                  PLAINTIFF

V.                                               CIVIL ACTION NO. 4:15-cv-147-NBB-JMV

KOSCIUSKO MEDICAL CLINIC;
KOSCIUSKO MEDICAL INVESTMENT GROUP, LLC;
PREMIER MEDICAL GROUP OF MISSISSIPPI, LLC;
TIMOTHY M. SOUTH; THE UNITED STATES
OF AMERICA; AND JOHN DOES 1-5                                       DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the United States' motion to dismiss is **GRANTED** and that the Kosciusko Defendants motion to remand is **GRANTED**. The plaintiff's claims against the Kosciusko Defendants are hereby remanded to the Circuit Court of Attala County, Mississippi.

This, the 30th day of September, 2016.

    /s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**